C:\Case Files\Rulli\Appearance notice 07-30-2007.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                               07-MAG-01191

JOSEPH RULLI,                                  NOTICE OF ATTORNEY APPEARANCE

                  Defendant.
-------------------------------------------------------x

       The undersigned attorney, a member of the bar of this Court, hereby enters an appearance in this matter on behalf of defendant, Joseph Rulli. Counsel requests that his name be added to ECF notifications at the e-mail address provided below.

                                            RUHNKE & BARRETT
                                            47 Park Street
                                            Montclair, New Jersey 07042
                                            (973)744-1000
                                            (973)746-1490 (fax)
                                            Attorneys for Joseph Rulli

                                   By:  /s/ David A. Ruhnke
                                          DAVID A. RUHNKE
                                          davidruhnke@ruhnkeandbarrett.com

<u>Dated</u>:      Montclair, New Jersey
              July 30, 2007