C:\Case Files\Rulli\Waiver of preliminary examination 07-30-2007.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                    07-MAG-01191

JOSEPH RULLI,                      WAIVER OF PRELIMINARY EXAMINATION

        Defendant.
------------------------------------------------------x

    After consultation with his counsel, the defendant knowingly and voluntarily waives the preliminary examination presently scheduled in this mater for August 23, 2007 at 10:00 a.m. A copy of this notice has been served upon the United States via ECF.

                                      Respectfully submitted,

                                      RUHNKE & BARRETT
                                      47 Park Street
                                      Montclair, New Jersey 07042
                                      (973)744-1000
                                      (973)746-1490 (fax)
                                      Attorneys for Joseph Rulli

                          By: /s/ David A. Ruhnke
                               DAVID A. RUHNKE
                               davidruhnke@ruhnkeandbarrett.com

Dated:       Montclair, New Jersey
                July 30, 2007